# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFREY GAUTREAU** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 18-988-JWD-EWD** |
| **ENLINK MIDSTREAM OPERATING GP, LLC; ENLINK MIDSTREAM, LP; EDWIN CORMIER, JR.; GREG GIBSON** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 26, 2018, to which no opposition was filed;

**IT IS ORDERED** that this matter, initiated by the Notice of Removal filed by Defendants EnLink Midstream Operating GP, LLC, EnLink Midstream Operating, LP, Greg Gibson and Edwin Cormier, Jr., is REMANDED to the Twenty-Third Judicial District Court, Parish of Ascension, State of Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>December 20, 2018</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**